DISTRICT COURT CLER
3/4/2015 10:46:41 AI
STEPHEN T. PACHE(
Rachel Vann(

**STATE OF NEW MEXICO**
**COUNTY OF SANTA FE**
**FIRST JUDICIAL DISTRICT COURT**

**GRACIELA GOMEZ,**

     **Plaintiff,**

**vs.**                                               **No. D-101-CV-2014-00292**

**CATHY GARLINGER and PEAK**
**PROPERTY AND CASUALTY**
**INSURANCE CORPORATION,**

     **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Motion of the Plaintiff to dismiss with prejudice her claims against Defendants, on the grounds that all the claims of Plaintiff have been fully settled and compromised, and the Court having read the pleadings and being fully advised of the premises, FINDS:

That it has jurisdiction of the parties and the subject matter of said cause of action and that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Complaint and the causes therein filed by Plaintiff against Defendants, be, and the same hereby are, dismissed with prejudice.

The Honorable Matthew J. Wilson
District Court Judge

**EXHIBIT**
**3**

**SUBMITTED AND APPROVED BY:**

BLEUS & ASSOCIATES, LLC

*/s/ George Anthony Bleus*
George Anthony Bleus, Esq.
Robert Koeblitz, Esq.
2633 Dakota, NE
Albuquerque, New Mexico  87110
Telephone: (505) 884-9300
*Attorneys for Plaintiff*


LAW OFFICES OF BRUCE S. MCDONALD

*/s/ Christian C. Doherty*
Christian C. Doherty
211 12th St. NW
Albuquerque, NM  87102
Telephone:  (505) 254-2854
*Attorneys for Defendants*